**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__USA__ District of __USA__
(State)

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

*FILED JEANNE A. NAUGHTON, CLERK JUN 10 2024 U.S. BANKRUPTCY COURT CAMDEN NJ*

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. Debtor's name | NASDAQ , INC. , EIN# 52-1165937 | |
| 2. Debtor's unique identifier | **For non-individual debtors:**<br>☒ Federal Employer Identification Number (EIN)  5 2 - 1 1 6 5 9 3 7<br>☐ Other _____. Describe identifier _____<br><br>**For individual debtors:**<br>☒ Social Security number:  xxx – xx– 9 9 0 9<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____<br>☐ Other _____. Describe identifier _____ | |
| 3. Name of foreign representative(s) | ROBERT W JOHNSON , SS# 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 | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | BANKRUPTCY AND WHISTLEBLOWER . | |
| 5. Nature of the foreign proceeding | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>    (see attached documents) | |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☒ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☐ Yes | |

Debtor    NASDAQ , INC. , EIN# 52-1165937      Case number (if known) _____
        Name

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

USA

Debtor's registered office:

ONE LIBERTY PLAZA
Number    Street

P.O. Box

NEW YORK , NY 10006
City    State/Province/Region    ZIP/Postal Code

USA
Country

Individual debtor's habitual residence:

65 SIDNEY ST
Number    Street

P.O. Box

BUFFALO , NY 14211
City    State/Province/Region    ZIP/Postal Code

USA
Country

Address of foreign representative(s):

65 SIDNEY ST
Number    Street

P.O. Box

BUFFALO , NY 14211
City    State/Province/Region    ZIP/Postal Code

USA
Country

**10. Debtor's website (URL)**

ir.nasdaq.com

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

     ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

     ☐ Partnership

     ☒ Other. Specify:   FOREIGN STOCK EXCHANGE

☐ Individual

Official Form 401      Chapter 15 Petition for Recognition of a Foreign Proceeding      page 2

Debtor  NASDAQ , INC. , EIN# 52-1165937
_____
Name

Case number (if known) _____

**12. Why is venue proper in *this district*?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _[DocuSigned signature: 6D4E020FE4B24ED]_
Signature of foreign representative

Robert W Johnson ESQ
Printed name

Executed on _____
MM / DD / YYYY

X _[DocuSigned signature: 6D4E020FE4B24ED]_
Signature of foreign representative

Robert W Johnson ESQ
Printed name

Executed on _____
MM / DD / YYYY

**14. Signature of attorney**

X _[DocuSigned signature: 6D4E020FE4B24ED]_
Signature of Attorney for foreign representative

Date _____
MM / DD / YYYY

Robert W Johnson ESQ

Printed name
Robert W Johnson ESQ

Firm name
65 SIDNEY ST
Number   Street

BUFFALO
City

NY    14211
State    ZIP Code

716-445-1734
Contact phone

atem11c2023@gmail.com
Email address

9999999-9
Bar number

USA
State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

